LF 1007-3 (2015)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re
Andrew Michael Joseph Stroud
Mary Anne Stroud

) Case No.
)
) DECLARATION REGARDING
) PAYMENTS
)
Debtor(s) )

[x] Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from an employer within 60 days before the date of the filing of the petition, with redaction of all but the last four digits of the debtor's social security number or individual tax payer identification number.

[ ] Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition.

Debtor declares the foregoing to be true and correct under penalty of perjury.

_____
Andrew Michael Joseph Stroud
Debtor

_____
Mary Anne Stroud
Debtor

_____
Dawn M. McCraw
Attorney

DECLARATION REGARDING PAYMENTS

| Period Start | Period End | Check Date | Check Number | Employee# | SSN | Hours Paid | Net Pay |
|---|---|---|---|---|---|---|---|
| 4/12/2023 | 4/26/2023 | 5/1/2023 | 1015441 |  | | 86.67 | $2,026.03 |

Paid To:
Andrew M Stroud
2500 S 370th St #16
Federal Way, WA 98003

Employer:
Tork Lift International, Inc.
322 Railroad Ave N
Kent, Wa 98032

Powered by sage

| Category | Description | Type | Hours | Rate or % | Amount | Year to Date |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| | Salary | Regular | 86.67 | 35.00 | 3,033.45 | 26,741.05 |
| | bonus | | | | 0.00 | 6,750.00 |
| | bonus | | | | 0.00 | 81.53 |
| | Vacation2 | | | | 0.00 | 369.60 |
| | Paid Sick Leave | | | | 0.00 | 198.45 |
| Deductions | AFLAC12 | | | 64.90 | 64.90 | 568.98 |
| | AFLAC22 | | | 20.28 | 20.28 | -768.79 |
| | DENTAL | | | 6.96 | 6.96 | 63.53 |
| | EMPLIFT | | | 33.25 | 33.25 | 299.25 |
| | Garn2 | | | 261.19 | 261.19 | 2,350.71 |
| | Medical Insuran | | | 40.00 | 40.00 | 391.55 |
| Taxes | FIT | | | | 320.27 | 3,913.53 |
| | Medicare | | | | 42.36 | 480.17 |
| | Soc Sec | | | | 181.14 | 2,053.23 |
| | IND INS | | | | 19.41 | 175.19 |
| | Family & Med lv | | | | 17.66 | 198.74 |
| Accruals/Other | Paid Time Off | | | | 0.00 | |
| | Vacation2 | | | | 0.00 | |
| | Paid Sick Leave | | | | 0.00 | |
| Direct Deposit | USAA | | | | 2,026.03 | |

Vacation Balance (Hours)    148.00
0.00

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Deductions | YTD Net Pay |
|---|---|---|---|---|---|
| 3,033.45 | 426.58 | 580.84 | 34,140.63 | 2,905.23 | 24,414.54 |

Page 1 of 1

23-00632-FPC7    Doc 5    Filed 05/23/23    Entered 05/23/23 16:02:33    Pg 2 of 5

| Period Start | Period End | Check Date | Check Number | Employee# | SSN | Hours Paid | Net Pay |
|---|---|---|---|---|---|---|---|
| 2/25/2023 | 3/10/2023 | 3/15/2023 | 1015119 |  |  | 86.67 | $2,026.03 |

Paid To:
Andrew M Stroud
2500 S 370th St #16
Federal Way, WA 98003

Employer:
Tork Lift International, Inc.
322 Railroad Ave N
Kent, Wa 98032

Powered by


| Category | Description | Type | Hours | Rate or % | Amount | Year to Date |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| | Salary | Regular | 86.67 | 35.00 | 3,033.45 | 17,640.70 |
| | bonus | | | | 0.00 | 5,100.00 |
| | bonus | | | | 0.00 | 81.53 |
| | Vacation2 | | | | 0.00 | 369.60 |
| | Paid Sick Leave | | | | 0.00 | 198.45 |
| Deductions | AFLAC12 | | | 64.90 | 64.90 | 374.28 |
| | AFLAC22 | | | 20.28 | 20.28 | -829.63 |
| | DENTAL | | | 6.96 | 6.96 | 42.65 |
| | EMPLIFT | | | 33.25 | 33.25 | 199.50 |
| | Garn2 | | | 261.19 | 261.19 | 1,567.14 |
| | Medical Insuran | | | 40.00 | 40.00 | 271.55 |
| Taxes | FIT | | | | 320.27 | 2,818.14 |
| | Medicare | | | | 42.36 | 329.16 |
| | Soc Sec | | | | 181.14 | 1,407.51 |
| | IND INS | | | | 19.41 | 116.96 |
| | Family & Med lv | | | | 17.66 | 136.16 |
| Accruals/Other | Paid Time Off | | | | 0.00 | |
| | Vacation2 | | | | 0.00 | |
| | Paid Sick Leave | | | | 0.00 | |
| Direct Deposit | USAA | | | | 2,026.03 | |

Vacation Balance (Hours)    148.00
                              0.00

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Deductions | YTD Net Pay |
|---|---|---|---|---|---|
| 3,033.45 | 426.58 | 580.84 | 23,390.28 | 1,625.49 | 16,956.86 |

Page 1 of 1

23-00632-FPC7    Doc 5    Filed 05/23/23    Entered 05/23/23 16:02:33    Pg 3 of 5

```
---------------EMPLOYER INFORMATION---------------     ---------------EMPLOYEE INFORMATION---------------
    Name: MOSES LAKE SCHOOL DISTRICT                       Name: STROUD, MARY ANNE
 Address: 1620 S PIONEER WAY                             Address: 1312 SHAKER PL
          MOSES LAKE, WA 98837-2047                               MOSES LAKE, WA 98837


   Phone: (509) 766-2650                                    SSN: xxx-xx-6290

-------------------------------------CHECK DETAIL INFORMATION-----------------------------------------
        Check Date: 04/28/2023          Gross Wages:    2,768.15
      Check Number: 900198886            Net Amount:    1,925.31
        Check Type: Regular
```

---------------------------------TAXABLE WAGE INFORMATION-----------------------------------

|  | FEDERAL | STATE | FICA | MEDICARE |
|---|---:|---:|---:|---:|
| Gross Wages: | 2,768.15 | 2,768.15 | 2,768.15 | 2,768.15 |
| Minus Deductions that Decrease Tax: | 319.81 | 105.00 | 105.00 | 105.00 |
| Plus Taxable Benefits: | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxable Gross Wages: | 2,448.34 | 2,663.15 | 2,663.15 | 2,663.15 |

-------------------------------------------PAYS-----------------------------------------------

| DESCRIPTION | RATE | FACTOR/HOURS | AMOUNT | RETIRE HOURS | WC HOURS | WORK HOURS | PERIOD END |
|---|---:|---:|---:|---:|---:|---:|---|
| EDUCATION STI | 30.00 | 1.00 | 30.00 | 0.00 | 0.00 | 0.00 | 04/30/2023 |
| OVERTIME | 31.58 | 0.75 | 23.69 | 0.80 | 0.70 | 0.75 | 04/30/2023 |
| PARA LS - A | 2,188.15 | 1.00 | 2,188.15 | 101.30 | 94.63 | 101.25 | 04/30/2023 |
| PERF BONUS | 500.00 | 1.00 | 500.00 | 0.00 | 0.00 | 0.00 | 04/30/2023 |
| XTRA HRS | 21.05 | 1.25 | 26.31 | 1.30 | 1.17 | 1.25 | 04/30/2023 |
| | | Total: | 2,768.15 | 103.40 | 96.50 | 103.25 | |

-----------------DEDUCTIONS-------------------            -----------------BENEFITS-------------------
                 --DECREASE TAX--                                         ----TAXABLE----

| DESCRIPTION | AMOUNT | FED | ST | F/M | DESCRIPTION | AMOUNT | FED | ST | F/M |
|---|---:|---|---|---|---|---:|---|---|---|
| Emp Pd LTD 60% | 5.03 | | | | FICA | 165.12 | | | |
| Fed Inc Tax | 14.00 | | | | Medicare | 38.62 | | | |
| FICA | 165.12 | | | | Paid FM Leave | 6.03 | | | |
| FIT Add Amount | 200.00 | | | | SEBB-MEDICAL | 1,026.00 | | | |
| Medicare | 38.62 | | | | SERS Plan 2 | 326.38 | | | |
| METLIFE SUPP | 26.08 | | | | Unemployment 00 | 4.08 | | | |
| Paid FM Leave | 16.11 | | | | Workers' Comp | 91.23 | | | |
| PSE DUES | 48.44 | | | | | | | | |
| PSE LOC CH DUES | 1.50 | | | | | | | | |
| SERS Plan 2 | 214.81 | Y | | | | | | | |
| UMP Achieve2EMP | 105.00 | Y | Y | Y | | | | | |
| Workers' Comp | 8.13 | | | | | | | | |
| Total: | 842.84 | | | | Total: | 1,657.46 | | | |

```
           *********************** End of report ***********************
```

```
---------------EMPLOYER INFORMATION---------------      ---------------EMPLOYEE INFORMATION---------------
    Name: MOSES LAKE SCHOOL DISTRICT                         Name: STROUD, MARY ANNE
 Address: 1620 S PIONEER WAY                              Address: 1312 SHAKER PL
          MOSES LAKE, WA 98837-2047                                MOSES LAKE, WA 98837

   Phone: (509) 766-2650
```

------------------------------------CHECK DETAIL INFORMATION------------------------------------

| | | | |
|---|---|---|---|
| Check Date: | 03/31/2023 | Gross Wages: | 2,415.51 |
| Check Number: | 900197518 | Net Amount: | 1,689.95 |
| Check Type: | Regular | | |

------------------------------------TAXABLE WAGE INFORMATION------------------------------------

|  | FEDERAL | STATE | FICA | MEDICARE |
|---|---|---|---|---|
| Gross Wages: | 2,415.51 | 2,415.51 | 2,415.51 | 2,415.51 |
| Minus Deductions that Decrease Tax: | 292.45 | 105.00 | 105.00 | 105.00 |
| Plus Taxable Benefits: | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxable Gross Wages: | 2,123.06 | 2,310.51 | 2,310.51 | 2,310.51 |
| YTD Taxable Gross Wages: | 6,172.59 | 6,718.39 | 6,718.39 | 6,718.39 |

------------------------------------PAYS------------------------------------

| DESCRIPTION | RATE | FACTOR/HOURS | CURRENT | YTD | RETIRE HOURS | WC HOURS | WORK HOURS | PERIOD END |
|---|---|---|---|---|---|---|---|---|
| EDUCATION STI | 30.00 | 1.00 | 30.00 | 90.00 | 0.00 | 0.00 | 0.00 | 03/31/2023 |
| OVERTIME | 31.58 | 1.75 | 55.27 | 157.91 | 1.80 | 1.48 | 1.75 | 03/31/2023 |
| PARA LS - A | 2,188.15 | 1.00 | 2,188.15 | 6,564.45 | 148.50 | 125.81 | 148.50 | 03/31/2023 |
| XTRA HRS | 21.05 | 6.25 | 131.56 | | 6.30 | 5.29 | 6.25 | 03/31/2023 |
| XTRA HRS | 21.05 | 0.50 | 10.53 | 221.03 | 0.50 | 0.42 | 0.50 | 03/31/2023 |
| | | Total: | 2,415.51 | 7,033.39 | 157.10 | 133.00 | 157.00 | |

------------------DEDUCTIONS------------------      ------------------BENEFITS------------------

| | | | --DECREASE TAX-- | | | | | | ----TAXABLE---- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | FED | ST | F/M | DESCRIPTION | CURRENT | YTD | FED | ST | F/M |
| Emp Pd LTD 60% | 5.03 | 15.09 | | | | FICA | 143.25 | 416.54 | | | |
| Fed Inc Tax | 0.00 | 0.00 | | | | Medicare | 33.50 | 97.41 | | | |
| FICA | 143.25 | 416.54 | | | | Paid FM Leave | 5.26 | 15.32 | | | |
| FIT Add Amount | 200.00 | 600.00 | | | | SEBB-MEDICAL | 1,026.00 | 3,078.00 | | | |
| Medicare | 33.50 | 97.41 | | | | SERS Plan 2 | 284.80 | 829.26 | | | |
| METLIFE SUPP | 26.08 | 78.24 | | | | Unemployment 00 | 2.87 | 9.47 | | | |
| Paid FM Leave | 14.06 | 40.94 | | | | Workers' Comp | 122.35 | 347.29 | | | |
| SERS Plan 2 | 187.45 | 545.80 | Y | | | | | | | | |
| UMP Achieve2EMP | 105.00 | 315.00 | Y | Y | Y | | | | | | |
| Workers' Comp | 11.19 | 31.36 | | | | | | | | | |
| Total: | 725.56 | 2,140.38 | | | | Total: | 1,618.03 | 4,793.29 | | | |

```
        ************************ End of report ************************
```

23-00632-FPC7    Doc 5    Filed 05/23/23    Entered 05/23/23 16:02:33    Pg 5 of 5